UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02354-TPB-SPF

HOWARD COHAN,

     Plaintiff,

vs.


LAKELAND LODGING, LLC
a Foreign Limited Liability Company
d/b/a MARRIOTT TOWNEPLACE SUITES

     Defendant(s).
_____/

## <u>NOTICE OF SETTLEMENT</u>

The Plaintiff, HOWARD COHAN, by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 28, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendant, Ashlea Edwards, Esq., at: ashlea.edwards@akerman.com.

**_/s/ Gregory S. Sconzo_**
**Gregory S. Sconzo, Esq.**